27 F.3d 555
 Brooks-Bey (George Rahsaan), Ferguson-El (Cecilio), Finley
(Jerome A.), Anderson (Robert)
v.
Harrison (William A.), Director of Bureau of Inmate
Services, Larkins (David H.), Deputy Superintendent for
Treatment, Pall (James), Staff Chaplin at State Correctional
Institution at Dallas, Reid (Laurence J.), Brooks-Bey (George Rahsaan)
 NO. 93-7418
 United States Court of Appeals,
Third Circuit.
 May 06, 1994
 
 Appeal From: M.D.Pa.,
 McClure, J.
 
 
 1
 AFFIRMED.